1 | McGREGOR W. SCOTT
United States Attorney
2 | LAURA D. WITHERS
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**SEALED**

**FILED**
AUG 03 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

6 | Attorneys for Plaintiff
United States of America

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

1:18 MJ 00127 EPG

11 | IN RE: COMPLANTS AUTHORIZING ARREST OF:

12 | Elfego Alcala, Tamilene Cisneros, Aida Corona, Lupita Cisneros

CASE NO.

SEALING ORDER

**UNDER SEAL**

The United States having applied to this Court for an order permitting it to file under seal the complaints and complaint affidavits, and its application to seal in the above-captioned proceedings, and good cause appearing thereof,

IT IS SO ORDERED, that the complaint and complaint affidavit, application to seal and this Order in the above-entitled proceedings, shall remain under seal and shall not be disclosed pending further order of this Court.

Dated: August 6, 2018

_____
The Honorable Erica P. Grosjean
United States Magistrate Judge

SEALING ORDER                                    1